|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| SILVIA P. RIVAS, et al., | ) | CASE NO. CV09-2396-AHM (RCx) |
|---|---|---|
| Plaintiff(s), | ) | ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |
| v. | ) | |
| TACA INTERNATIONAL AIRLINES, S.A., et al., | ) | |
| Defendant(s). | ) | |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 60 days, to request a status conference be scheduled if settlement is not consummated.

IT IS SO ORDERED.

Date: January 27, 2010

_____
A. Howard Matz
United States District Court Judge

**JS-6**